IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| Mary June Mills, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 11-5091-CV-SW-JTM |
| Michael J. Astrue, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

On Wednesday, December 12, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed May 17, 2012, [Doc. 8]; the *Brief For Defendant*, filed July 30, 2012, [Doc. 11]; as well as *Plaintiff's Reply to Defendant's Brief*, filed August 23, 2012 [Doc. 12]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the December 12, 2012 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

             */s/ John T. Maughmer*
             **JOHN T. MAUGHMER**
             **U. S. MAGISTRATE JUDGE**